# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MAINE
### PORTLAND DIVISION

In re: LAPALME, ALFRED PAUL § Case No. 11-21327 JBH
      LAPALME, JACQUELINE §
       §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    Anthony J. Manhart, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $83,285.00
*(without deducting any secured claims)*

Assets Exempt: $109,085.00

Total Distribution to Claimants: $700.19

Claims Discharged Without Payment: $19,776.05

Total Expenses of Administration: $467.81

---

    3) Total gross receipts of $ 1,168.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,168.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $22,392.07 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 467.81 | 467.81 | 467.81 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,286.77 | 15,694.97 | 15,694.97 | 700.19 |
| **TOTAL DISBURSEMENTS** | $39,678.84 | $16,162.78 | $16,162.78 | $1,168.00 |

4) This case was originally filed under Chapter 7 on September 09, 2011. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/05/2013           By: /s/Anthony J. Manhart
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| TAX REFUNDS | 1224-000 | 1,168.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,168.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Sanford Institute for Savings | 4110-000 | 22,392.07 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$22,392.07** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| International Sureties, Ltd. | 2300-000 | N/A | 0.81 | 0.81 | 0.81 |
| Anthony J. Manhart | 2100-000 | N/A | 292.00 | 292.00 | 292.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $467.81 | $467.81 | $467.81 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,253.60 | 2,255.64 | 2,255.64 | 100.64 |
| 2 | Capital One Bank (USA), N.A. | 7100-000 | 5,284.63 | 5,527.76 | 5,527.76 | 246.60 |
| 3 | Capital One Bank (USA), N.A. | 7100-000 | 4,094.46 | 4,327.65 | 4,327.65 | 193.06 |
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 744.50 | 509.00 | 509.00 | 22.71 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 128.31 | 3,074.92 | 3,074.92 | 137.18 |
| NOTFILED | Best Buy/ Retail Services | 7100-000 | 457.88 | N/A | N/A | 0.00 |
| NOTFILED | Fashion Bug | 7100-000 | 345.33 | N/A | N/A | 0.00 |
| NOTFILED | Catherines | 7100-000 | 224.56 | N/A | N/A | 0.00 |
| NOTFILED | Juniper Card Services | 7100-000 | 3,753.50 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $17,286.77 | $15,694.97 | $15,694.97 | $700.19 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-21327 JBH  
**Case Name:** LAPALME, ALFRED PAUL  
LAPALME, JACQUELINE  
**Period Ending:** 04/05/13

**Trustee:** (390050) Anthony J. Manhart  
**Filed (f) or Converted (c):** 09/09/11 (f)  
**§341(a) Meeting Date:** 10/17/11  
**Claims Bar Date:** 06/27/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Mobile Home located on rented land at 20, Chicka | 69,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash on hand | 35.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account at Kennebunk Savings Bank | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Household Goods and Furnishings, no one item wor | 7,500.00 | 0.00 | | 0.00 | FA |
| 5 | debtor's clothing | 200.00 | 0.00 | | 0.00 | FA |
| 6 | debtor's spouse's clothing | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Engagement and wedding rings and misc. other pie | 750.00 | 0.00 | | 0.00 | FA |
| 8 | Boston Mutual Life Insurance Company life insura | 0.00 | 0.00 | | 0.00 | FA |
| 9 | Retirement plan - currently receiving payments | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2002 Ford Escape. Good Condition | 5,200.00 | 0.00 | | 0.00 | FA |
| 11 | TAX REFUNDS (u)<br>    Potential recovery of 2011 federal and/or state income tax refunds | Unknown | 1,168.00 | | 1,168.00 | FA |
| 11 | **Assets   Totals** (Excluding unknown values) | **$83,285.00** | **$1,168.00** | | **$1,168.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TDR to be filed.

**Initial Projected Date Of Final Report (TFR):** October 17, 2012          **Current Projected Date Of Final Report (TFR):** October 2, 2012  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-21327 JBH  
**Case Name:** LAPALME, ALFRED PAUL  
LAPALME, JACQUELINE  
**Taxpayer ID #:** **-***1243  
**Period Ending:** 04/05/13

**Trustee:** Anthony J. Manhart (390050)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******45-66 - Checking Account  
**Blanket Bond:** $19,099,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/26/12 | {11} | Kennebunk Savings | Estate's portion of 2011 tax refunds - deposit entered in error | 1224-000 | 1,186.00 | | 1,186.00 |
| 03/26/12 | {11} | Kennebunk Savings | Estate's portion of 2011 tax refunds - deposit entered in error | 1224-000 | 1,168.00 | | 2,354.00 |
| 03/26/12 | {11} | Kennebunk Savings | Estate's portion of 2011 tax refunds | 1224-000 | 1,168.00 | | 3,522.00 |
| 03/26/12 | {11} | Kennebunk Savings | Reversed Deposit 100001 1 Estate's portion of 2011 tax refunds | 1224-000 | -1,186.00 | | 2,336.00 |
| 03/26/12 | {11} | Kennebunk Savings | Reversed Deposit 100001 2 Estate's portion of 2011 tax refunds | 1224-000 | -1,168.00 | | 1,168.00 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,143.00 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,118.00 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,093.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,068.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,043.00 |
| 08/07/12 | 101 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/30/2012 FOR CASE #11-21327, Bond #016027599 | 2300-000 | | 0.81 | 1,042.19 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,017.19 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 992.19 |
| 11/07/12 | 102 | Anthony J. Manhart | Dividend paid 100.00% on $292.00, Trustee Compensation; Reference: | 2100-000 | | 292.00 | 700.19 |
| 11/07/12 | 103 | Discover Bank | Dividend paid 4.46% on $2,255.64; Claim# 1; Filed: $2,255.64; Reference: | 7100-000 | | 100.64 | 599.55 |
| 11/07/12 | 104 | Capital One Bank (USA), N.A. | Dividend paid 4.46% on $5,527.76; Claim# 2; Filed: $5,527.76; Reference: | 7100-000 | | 246.60 | 352.95 |
| 11/07/12 | 105 | Capital One Bank (USA), N.A. | Dividend paid 4.46% on $4,327.65; Claim# 3; Filed: $4,327.65; Reference: | 7100-000 | | 193.06 | 159.89 |
| 11/07/12 | 106 | PYOD, LLC its successors and assigns as assignee | Dividend paid 4.46% on $509.00; Claim# 4; Filed: $509.00; Reference: | 7100-000 | | 22.71 | 137.18 |
| 11/07/12 | 107 | PYOD, LLC its successors and assigns as assignee | Dividend paid 4.46% on $3,074.92; Claim# 5; Filed: $3,074.92; Reference: | 7100-000 | | 137.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,168.00 | 1,168.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,168.00 | 1,168.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,168.00** | **$1,168.00** | |

{} Asset reference(s)

Printed: 04/05/2013 01:23 PM   V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-21327 JBH  
**Case Name:** LAPALME, ALFRED PAUL  
               LAPALME, JACQUELINE  
**Taxpayer ID #:** **-***1243  
**Period Ending:** 04/05/13

**Trustee:** Anthony J. Manhart (390050)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****275466 - Checking Account  
**Blanket Bond:** $19,099,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******45-66** | 1,168.00 | 1,168.00 | 0.00 |
| **Checking # ****275466** | 0.00 | 0.00 | 0.00 |
| | $1,168.00 | $1,168.00 | $0.00 |

{} Asset reference(s)